```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/6/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
JOSE G. MUNOZ,                                                 :
                                                               :
                           Plaintiff,    :
                                                               :     1:25-cv-5461-GHW
            -against-                                        :
                                                               :     <u>ORDER</u>
CLEAN HARBORS ENVIRONMENTAL                                    :
SERVICES, INC., *et al.*,                                      :
                                                               :
                         Defendants.   :
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

      In the Court's order dated July 14, 2025, Dkt. No. 6, the parties were directed to submit a joint status letter and proposed case management plan to the Court no later than September 4, 2025. The Court has not received the joint status letter. The parties are directed to comply with the Court's July 14, 2025 order forthwith and in any event no later than September 9, 2025.

      SO ORDERED.

Dated: September 6, 2025
New York, New York

                                              GREGORY H. WOODS
                                         United States District Judge