USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/10/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
JOSE G. MUNOZ,

                              Plaintiffs,

                          1:25-cv-5461-GHW

           -against-

                          ORDER

CLEAN HARBORS ENVIRONMENTAL
SERVICES, INC., *et al.*,

                              Defendants.
------------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

       On September 9, 2025, the parties submitted a proposed case management plan using the Court's form Proposed Case Management Plan and Scheduling Order. Dkt. No. 10-1. The parties indicated that all parties consent to proceeding before the assigned Magistrate Judge. *Id.* ¶ 1. The Court's form Proposed Casement Plan and Scheduling Order states: "If all parties consent . . . the parties should submit to the Court a fully executed Notice, Consent, and Reference of a Civil Action to a Magistrate Judge, available at https://nysd.uscourts.gov/sites/default/files/2018-06/AO-3.pdf." *Id.* If all parties, in fact, consent to proceed before the Magistrate Judge, the parties are directed to submit to the Court the fully executed Notice, Consent, and Reference of a Civil Action to a Magistrate Judge forthwith, and in any event no later than September 11, 2025 at 12:00 p.m.

       SO ORDERED.

Dated: September 10, 2025
New York, New York

                                                  GREGORY H. WOODS
                                             United States District Judge